FILED

DEC 1 4 2017

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. **4:17CR00593 AGF/NAB** |
| HEATHER MARIE MILLER and ) MICHAEL CHARLES NATOLI, ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about August 3, 2016, in the County of Phelps, Missouri, within the Eastern District of Missouri,

**HEATHER MARIE MILLER and
MICHAEL CHARLES NATOLI,**

the defendants herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

That the death of **R.K.**, a person whose identity is known to the Grand Jury, resulted from the use of such heroin so distributed by defendants, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT II

The Grand Jury further charges that:

On or about August 4, 2016, in the County of Phelps, Missouri, within the Eastern District of Missouri,

**HEATHER MARIE MILLER and
MICHAEL CHARLES NATOLI,**

the defendants herein, did knowingly and intentionally distribute heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; and

That the serious bodily injury of **B.A.**, a person whose identity is known to the Grand Jury, resulted from the use of such heroin so distributed by defendants, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ERIN O. GRANGER, #53593MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

2